EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* CÁNDIDO GONZÁLEZ RIVERA, acusado y apelante.

*Número:* CR-66-229     *Resuelto:* 3 de octubre de 1974

## RESOLUCIÓN

Se enmienda *nunc pro tunc* la opinión emitida en el caso del epígrafe y que aparece publicada en 94 D.P.R. 686 para que el párrafo tercero que aparece a la página 689 lea como sigue:

"En la situación de hechos que presenta este caso la infracción a la Sec. 5-201 requiere una prueba distinta a la necesaria en el caso por infringir la Sec. 5-801. En el segundo el caso quedaba establecido con meramente probar que el acusado conducía el vehículo bajo los efectos de bebidas alcohólicas. En el primero se requería que lo hubiera conducido atolondradamente o que mediante el manejo negligente le hubiera ocasionado daño a alguna persona."

Se enmienda además el sumario número cinco de dicha opinión para que quede redactado en la siguiente forma:

"Para establecer el delito estatuido en la Sec. 5-201 de la Ley de Vehículos y Tránsito es necesario probar que el acusado conducía un vehículo de motor en forma atolondrada o que mediante el manejo negligente se le ocasionó daño a alguna persona."

Lo acordó el Tribunal y certifica el Secretario. El Juez Asociado Señor Cadilla Ginorio no intervino.

(Fdo.) Angel G. Hermida
*Secretario*